# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES,<br>    Plaintiff,<br><br>    v.<br><br>DOWNEY OAK INVESTMENT LLC, et al.,<br>    Defendant. | CV 22-819-DSF (JCx)<br><br>ORDER TO SHOW CAUSE |

    Generally, defendants must answer the complaint within 21 days after service or 60 days if the defendant is the United States. Fed. R. Civ. P. 12(a)(1).

    In this case, Downey Oak Investment LLC and 9000 Telegraph Mobil Inc. failed to plead or otherwise defend within the relevant time. The Court orders plaintiff to show cause in writing on or before July 12, 2022 why the claims against the non-appearing defendant(s) should not be dismissed for lack of prosecution. Failure to respond to this Order may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: June 28, 2022

                                                         _Dale S. Fischer_
                                                         Dale S. Fischer
                                                         United States District Judge