## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES<br><br>    Plaintiff(s),<br><br>v.<br><br>SAN PEDRO GAFFEY INVESTMENTS, LLC, et al.<br><br>    Defendant(s). | CASE NO.<br>2:22-cv-00819-DSF-JC<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

   Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before November 28, 2022. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

   IT IS SO ORDERED.

Date: October 20, 2022        /s/ *Dale S. Fischer*
                              Dale S. Fischer
                              United States District Judge