# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>DOWNEY OAK INVESTMENT LLC, a California limited liability company; 9000 TELEGRAPH MOBIL INC., a California corporation; and DOES 1-10,<br>　　　Defendants. | CV 22-0819 DSF(JCx)<br><br>JUDGMENT |

　　The Court having granted in part a motion for default judgment,

　　IT IS ORDERED AND ADJUDGED that Defendants Downey Oak Investment LLC and 9000 Telegraph Mobil Inc. remediate the following architectural barriers prohibited by the ADA at the property located at 9000 Telegraph Rd., Downey, CA 90240:

(1) The adjacent loading/unloading access aisle slopes exceeding two percent (2%).

(2) The path of travel with changes in level greater than one-half inch and with no ramp.

(3) Paths of travel that are greater than 5% and not ramp compliant and the ramp path that exceeds an 8.33% slope.

(4) The doorway threshold exceeding one-half an inch.

Date: February 7, 2023

/s/ Dale S. Fischer
Dale S. Fischer
United States District Judge